UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DIAZ,<br><br>                              Plaintiff,<br><br>-against-<br><br>COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>                              Defendants. | 24-CV-9578 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff, who is proceeding *pro se* and is currently incarcerated, commenced this action on December 12, 2024 alleging violations of his constitutional rights. ECF No. 1. On January 2, 2025, the Court issued an order of service (ECF No. 7) directing that summonses be issued as to all Defendants, and that the U.S. Marshals effectuate service on all Defendants.

After several Defendants entered an appearance, and because the original complaint contained some ambiguities regarding the exact time frame of the conduct alleged, the Court instructed, by order dated June 12, 2025, that Plaintiff either (1) file a letter confirming the correct defendants have been named; or (2) file an amended complaint with more information. ECF No. 14. Plaintiff subsequently filed a letter indicating his intention to file an amended complaint, and the Court extended his deadline to do so to September 19, 2025. ECF No. 21.

To date, Plaintiff has yet to file an amended complaint. However, given Plaintiff's *pro se* status, the Court will *sua sponte* extend Plaintiff's deadline to file an amended complaint to **November 14, 2025**. Should Plaintiff fail to file an amended complaint by that date, or otherwise request another extension, the case may be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute. Defendants' deadline to file an answer or responsive pleading remains adjourned *sine die.*

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated:   October 6, 2025
            New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

2