UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DIAZ,

                Plaintiff,

        -against-

COMMISSIONER, NEW YORK STATE
DEPARTMENT OF CORRECTIONS, et al.,

                Defendants.

24-CV-9578 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On February 17, 2026, the Court issued an order pursuant to *Valentin v. Dinkins* that, among other things, directed Plaintiff to file a second amended complaint by May 15, 2026. ECF No. 33. The second amended complaint is an opportunity for Plaintiff to incorporate any additional defendants that were identified by Defendants' April 6, 2026 letter. *See* ECF No. 35. To date, the Court has not received a second amended complaint. **By July 15, 2026**, Plaintiff is directed to file his second amended complaint. The second amended complaint will replace, not supplement, Plaintiff's earlier complaints. If the Court does not receive a second amended complaint or other correspondence from Plaintiff by July 15, 2026, the Court may issue an order to show cause why this action should not be dismissed for failure to prosecute.

The Clerk of Court is directed to mail a copy of this Order and ECF No. 34 to Plaintiff.

Dated: June 18, 2026
      White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge