UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DIAZ,

Plaintiff,

-against-

J. VAZQUEZ, et al.,

Defendants.

24-CV-9578 (JGLC)

**ORDER OF SERVICE**

JESSICA G. L. CLARKE, United States District Judge:

In this Section 1983 action, Plaintiff—proceeding pro se and *in forma pauperis* ("IFP")—alleges that prison officials failed to protect him and intervene in an assault that led to more than ninety stitches. ECF No. 30 ("AC") at 2–3, 6. On May 22, 2025, the Office of the Attorney General ("OAG") raised that several individuals may not have been properly served in this this action, because they were not properly identified in the Complaint—although the OAG acknowledges proper service on Defendants Mowatt and Vazquez. ECF No. 13; *see also* ECF Nos. 16, 18. On February 17, 2026, the Court issued an order pursuant to *Valentin v. Dinkins* that, among other things, directed Plaintiff John Diaz to file a second amended complaint with newly identified defendants by May 15, 2026. ECF No. 33. Plaintiff did not submit a second amended complaint by that date, and so the Court *sua sponte* extended Plaintiff's deadline to July 15, 2026. See ECF No. 36. The Court received no second amended complaint and *sua sponte* extended Plaintiff's deadline for a second time to September 15, 2026. ECF No. 38. Despite failing to provide a second amended complaint, Plaintiff communicated with the Court in July 2026 regarding an amended complaint. *See* ECF No. 37.

The sole change needed in the prospective second amended complaint is fully naming the remaining defendants. The Amended Complaint lists the following defendants: "Correctional

Officer D. Mowatt, Correctional Officer J. Vazquez, Superintendent M. Capra, Assistant Deputy Superintendent – Security, Cpt. Nixon, Deputy Superintendent Programs, Acting Commissioner Venetozzi," and "Malin" AC at 1–2. The letter from the Office of the Attorney General identifies the following individuals in relation to Plaintiff's complaint: "Lesley Malin [Former Deputy of Programs at Sing Sing Correctional Facility]," "Michael Barnes [Former Deputy of Security at Sing Sing Correctional Facility]," "Michael Capra," "Courtney Nixon," and "Donald Venettozzi." ECF No. 37.

The Court hereby construes the Amended Complaint as proceeding against Correctional Officer D. Mowatt, Correctional Officer J. Vazquez, Michael Capra, Courtney Nixon, Donald Venettozzi, and Lesley Malin—all of whom are identified by partial name in the Amended Complaint—and dismisses "Deputy Superintendent Programs" from the Complaint, because Plaintiff has not identified who he intends to sue under that name and the OAG has identified no person with that exact title. *See* Fed. R. Civ. P. 21 (explaining that the Court "may[,] at any time, on just terms, add or drop a party"). The Amended Complaint shall be considered the operative complaint at this time.

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the assistance of the court and the United States Marshals Service ("USMS") to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013). Previously, proof of service was filed on Defendants Mowatt and Vazquez. ECF Nos. 16, 18.

To allow Plaintiff to effect service on the remaining defendants—Defendants Capra, Nixon, Venettozzi, and Malin—through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for those defendants. The Clerk of Court is further instructed to issue a summons for Defendants Capra, Nixon, Venettozzi, and

Malin and deliver to the USMS all of the paperwork necessary for the USMS to effect service of a summons and the complaint.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

The Clerk of Court shall mail a copy of this Order to Plaintiff.

Dated: October 13, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Lesley Malin
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, New York 12508

2. Michael Capra
   NYS DOCCS - Counsel's Office
   The Harriman State Campus
   1220 Washington Avenue
   Albany, New York 12226

3. Courtney Nixon
   Queensboro Correctional Facility
   47-04 Van Dam Street
   Queens, New York 11101

4. Donald Venettozzi
   NYS DOCCS - Counsel's Office
   The Harriman State Campus
   1220 Washington Avenue
   Albany, New York 12226